| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter ____**11**____ |

☐ Check if this is an amended filing

Official Form 205

## Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☐ Chapter 7

   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   One World Logistics LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   2800 Post Oak Blvd.
   Number   Street

   Suite 4100

   Houston                    TX    77056
   City                       State  ZIP Code

   Harris
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City                State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City                State  ZIP Code

6. **Debtor's website (URL)**

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **One World Logistics LLC**     Case number (if known) _____
　　　　　Name

6. **Debtor's website (URL)**  _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes.  Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes.  Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **One World Logistics LLC**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ahmed A. Khan | Bond/Insure Claim | $125,000.00 |
| Afsar Sultana | Bnd/Insure claim | $125,000.00 |
| Prateek Desai | Bnd/Insure claim | $125,000.00 |
| | Total of petitioners' claims | $375,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

**Ahmed A. Khan**
Name

**2019 Ruder Street**
Number  Street

**Dallas**   **TX**   **75212**
City    State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **3/15/2021**
MM / DD / YYYY

X  _/s/ signature_
Signature of petitioner or representative, including representative's title

**Attorneys**

**Joyce W. Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name, if any

**1412 Main Street**
Number  Street

**Dallas**   **TX**   **75202**
City    State   ZIP Code

Contact phone **972-503-4033**

Email  **joyce@joycelindauer.com**

Bar number  **21555700**

State  **TX**

X  _/s/ Joyce Lindauer_
Signature of attorney

Date signed  **3/15/2021**
MM / DD / YYYY

Debtor **One World Logistics LLC**
Name

Case number (if known) _____

## Name and mailing address of petitioner

**Afsar Sultana**
Name
**2019 Ruder Street**
Number    Street
**Dallas**             **TX**    **75212**
City                   State     ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number   Street
_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/15/2021**
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Joyce W. Lindauer**
Printed name
**Joyce W. Lindauer Attorney, PLLC**
Firm name, if any
**1412 Main Street**
Number    Street
**Dallas**             **TX**    **75202**
City                   State     ZIP Code

Contact phone **972-503-4033**
Email          **joyce@joycelindauer.com**
Bar number     **21555700**
State          **TX**

X _____
Signature of attorney

Date signed   **3/15/2021**
              MM / DD / YYYY

## Name and mailing address of petitioner

**Prateek Desai**
Name
**2019 Ruder Street**
Number    Street
**Dallas**             **TX**    **75212**
City                   State     ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number   Street
_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/15/2021**
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Joyce W. Lindauer**
Printed name
**Joyce W. Lindauer Attorney, PLLC**
Firm name, if any
**1412 Main Street**
Number    Street
**Dallas**             **TX**    **75202**
City                   State     ZIP Code

Contact phone **972-503-4033**
Email          **joyce@joycelindauer.com**
Bar number     **21555700**
State          **TX**

X _____
Signature of attorney

Date signed   **3/15/2021**
              MM / DD / YYYY