B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## SOUTHERN District Of TEXAS

In re One World Logistics LLC ,  )   Case No. 21-30928
      Debtor*  )
                                                  )   Chapter 11
                                                  )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on March 15, 2021 (date), requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  Clerk, U.S. Bankruptcy Court
515 Rusk Street
Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Nathan Ochsner, Clerk of Court

Date: March 16, 2021

s/ Joseph Wells
Signature of Clerk or Deputy Clerk

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, Dian Gwinnup (name), certify that on March 30, 2021 (date), I served this summons and a copy of the involuntary petition on One World Logistics LLC (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

via United States first class certified mail, return receipt requested
Receipt No. 7019 1640 0000 6233 7140

One World Logistics LLC
Attn: President or Any Other Officer
2800 Post Oak Blvd., Suite 4100
Houston, TX 77056

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 4-22-2021   Signature /s/ Dian Gwinnup

Print Name: Dian Gwinnup, Paralegal

Business Address: Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500

Dallas, TX 75202