United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ONE WORLD LOGISTICS LLC, | § | CASE NO. 21-30928 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING MOTION TO CONVERT
## CHAPTER 11 CASE TO CHAPTER 7

CAME ON FOR CONSIDERATION BY THE COURT the Motion to Convert filed by Ahmed A. Khan, Afsar Sultana and Prateek Desai ("Petitioning Creditors"), the Petitioning Creditors in the above-styled and numbered case, and there being no objections to the conversion of this case from Chapter 11 to Chapter 7, the Court grants the Motion. It is therefore

**ORDERED, ADJUDGED AND DECREED** that this case is converted from Chapter 11 to Chapter 7.

Signed: August 23, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge